IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LUIS ENRIQUEZ, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| MARATHON PETROLEUM | § | |
| COMPANY LP, | § | |
| | § | |
| *Defendant* | § | |

## NOTICE OF REMOVAL

Defendant Marathon Petroleum Company LP ("Marathon Petroleum"), pursuant to 28 U.S.C. § 1441(a) and (b), submits this Notice of Removal to remove the civil action now pending in the County Court at Law Number 3, Galveston County, Texas. In support of this Notice of Removal, Marathon Petroleum states as follows:

1. Marathon Petroleum is the sole defendant in a personal injury and premises liability action filed by Plaintiff Luis Enriquez in the County Court at Law Number 3, Galveston County, Texas, styled *Luis Enriquez v. Marathon Petroleum Company LP*; Cause No. CV-0079198.

2. A process server served Marathon Petroleum with Plaintiff's Original Petition on July 10, 2017. This removal is timely filed within 30 days of the receipt of service of process. *See* 28 U.S.C. § 1446(b)(1).

3. Marathon Petroleum files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, which provide for removal of civil actions concerning controversies between citizens of different states. Removal is proper under 28 U.S.C. § 1332(a)(1) because complete diversity of citizenship exists between the parties.

4. Plaintiff is an individual who is a citizen of Texas. (Pl's Orig. Pet. ¶ 3.) Defendant Marathon Petroleum is a limited partnership organized under the laws of Delaware with its principal place of business in Ohio. (Pl's Orig. Pet. ¶ 4.) The general partner of Marathon Petroleum is MPC Investment LLC, a limited liability company organized under the laws of Delaware with its principal place of business in Ohio. The sole limited partner of Marathon Petroleum is Marathon Petroleum Corporation, a corporation organized under the laws of Delaware with its principal place of business in Ohio. Marathon Petroleum Corporation is also the sole member of MPC Investment LLC. Accordingly, Marathon Petroleum is a citizen of Delaware, by virtue of its organization, and Ohio, by virtue of its principal place of business.

5. In the Original Petition, Plaintiff alleges damages in the form of medical costs, physical pain and mental anguish, impairment, and disfigurement, and Plaintiffs seeks more than $1,000,000 in damages. (Pl's Orig. Pet. ¶¶ 16-17.) Therefore, the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

6. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Southern District of Texas, Galveston Division is the federal district court for the district embracing the place where the action is pending.

7. Marathon Petroleum is serving written notice of the filing of this Notice of Removal upon Plaintiff and will cause a copy of this Notice to be filed with the Court Clerk of the County Court at Law, Galveston County, Texas in accordance with 28 U.S.C. § 1446(d).

8. Marathon Petroleum attaches as **Exhibit A** all documents that must be attached to a notice of removal pursuant to Local Rule 81 of the U.S. District Court, Southern District of Texas.

D4000A7C856E3604: 0001

9.      Marathon Petroleum reserves the right to amend or supplement this Notice of Removal.

**WHEREFORE**, Marathon Petroleum removes to this Court the above-referenced action now pending in the County Court at Law Number 3, Galveston County, Texas.

Date: July 12, 2017

                                        Respectfully submitted,

                                        By:   */s/ Joel Z. Montgomery*
                                              Joel Z. Montgomery
                                              Texas Bar No. 24002361
                                              Southern District ID No. 22130
                                              SHIPLEY SNELL MONTGOMERY LLP
                                              712 Main Street, Suite 1400
                                              Houston, Texas 77002-3201
                                              Telephone: (713) 652-5920
                                              Facsimile: (713) 652-3057
                                              jmontgomery@shipleysnell.com

                                        ATTORNEY-IN-CHARGE FOR DEFENDANT
                                        MARATHON PETROLEUM COMPANY LP

OF COUNSEL:

Scott M. Kelly
Texas Bar No. 24036886
Southern District ID No. 35555
Hailey E. Fox
Texas Bar No. 24086617
Southern District ID No. 2858694
SHIPLEY SNELL MONTGOMERY LLP
712 Main Street, Suite 1400
Houston, Texas 77002-3201
Telephone: (713) 652-5920
Facsimile: (713) 652-3057
skelly@shipleysnell.com
hfox@shipleysnell.com

D4000A7C856E3604: 0001

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed with the Clerk of Court using the Southern District of Texas CM/ECF System for filing and service on all counsel of record, in accordance with FED. R. CIV. P. 5(b)(2)(E), on July 12, 2017.

>Mr. Kurt B. Arnold
>Mr. Caj D. Boatright
>Ms. Alison Baimbridge
>Mr. Roland T. Christensen
>ARNOLD & ITKIN LLP
>6009 Memorial Drive
>Houston, Texas 77007
>karnold@arnolditkin.com
>cboatright@arnolditkin.com
>abaimbridge@arnolditkin.com
>rchristensen@arnolditkin.com
>*Attorneys for Plaintiff Luis Enriquez*
>**BY E-SERVICE AND/OR FACSIMILE**

>>*/s/ Scott M. Kelly*
>>Scott M. Kelly